UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BERK, #43739-037, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Case 3:19-CV-1190-B-BK |
| | § | |
| MARIA DOUGLAS, ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of July, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE